IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WILLIAM GRANGER,                                                   PLAINTIFF

v.                                        CIVIL ACTION NO. 03:08cv216-HTW-LRA

ALTRIA GROUP, INC., ET AL.                              DEFENDANTS

### JUDGMENT OF DISMISSAL

THIS ACTION is before the Court on the motion *ore tenus* of the plaintiff for a dismissal of this action without prejudice. The Court, having considered the motion and because defendants have agreed to the dismissal, find that it is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that this action be and hereby is fully and finally dismissed without prejudice and with the parties bearing their respective costs.

SO ORDERED AND ADJUDGED, this the 23rd day of October 2009.

                                                            Henry T. Wingate
                                                            UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Jeffrey A. Varas
ATTORNEY FOR PLAINTIFF

/s/ Walker W. Jones, III
ATTORNEY FOR PHILIP MORRIS USA INC.,
AND SIGNING ON BEHALF OF ALL DEFENDANTS